**Exhibit A to the Complaint**

**Location:** Windsor, CT  
**Total Works Infringed:** 150  
**IP Address:** 76.118.86.69  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D  File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 04/21/2021 03:28:52 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 2 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751  File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 04/21/2021 03:21:06 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 3 | Info Hash: 65AE22A1EAAA2A80353EE02BDB7D66F72EE58914  File Hash: 9874817CCD34961FF2649608FA9E3FA5A8FCF009C044602FAE1913A586BB1D3B | 04/21/2021 03:16:05 | Tushy | 03/28/2021 | 04/27/2021 | PA0002288947 |
| 4 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C  File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 04/21/2021 03:12:04 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 5 | Info Hash: CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4  File Hash: 64E3F5EAA6247DD446101C5EF37DBC24C33DA2C0E3433AB9EB6F80692E485D7E | 04/21/2021 03:09:59 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 6 | Info Hash: 367018EF059CA3057652887F35C47DD712C76A8F  File Hash: 8AE3CBC0031C2CDDB096E9324DC559604812F008E6A4A5839686222EE41820B1 | 04/19/2021 03:06:01 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 7 | Info Hash: 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90  File Hash: 7BA85222B0DC256CD081071B2B77A6309B1DBD7D354CD544211B6C2E19F47D9E | 04/19/2021 02:48:18 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 8 | Info Hash: 5B1F17D1471204648826D120F6E497D42524C839  File Hash: 93A30F8B84DFED9EE2E66F9572A3957011F1AEBA432DA4D7E3F7931A957E31CA | 04/19/2021 02:48:08 | Vixen | 05/04/2018 | 06/19/2018 | PA0002126680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 71004D66ED1A8849DC7A6C5EA34C3945EBBA0FF8<br>File Hash: 57A934B09E984A1CAF074526E245BB78E7A233EDC4A1C4B3D692EFD1783BCA04 | 04/15/2021 03:34:36 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 10 | Info Hash: E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6<br>File Hash: FFD661F165FC79B5068F4AF328277B43185657E42070A3D07F13C01C30D0D792 | 04/12/2021 03:48:52 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 11 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 04/12/2021 03:35:19 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 12 | Info Hash: 857ECD8EC13C207984FDF9ED1AAB188B50013F5C<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 04/07/2021 03:55:01 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 13 | Info Hash: 089A334E08FB9D7BF03350D63AD8D401B6C48EEC<br>File Hash: 3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 04/06/2021 03:23:59 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 14 | Info Hash: 9C80B087C925D30BA01F72FC0EAABD8EAADF588A<br>File Hash: 6B5DA385F81A777EE12E85036DA75583C5E8E489C435CE37C469E9E0EB289336 | 04/04/2021 04:50:32 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 15 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 04/03/2021 02:59:48 | Blacked | 01/02/2021 | 01/05/2021 | PA0002269954 |
| 16 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 04/03/2021 02:55:09 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 17 | Info Hash: 6485D2C06BE7023990B69BE93812D5066B963ED4<br>File Hash: 6BD50384C2A3D1B2EB118CCD6446810BFA75029F99661CE43DE6218B26DE128D | 04/03/2021 02:53:16 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3<br>File Hash: 926027C8A4F2458C26CBFD5B8F0F2C5CB249012E5DF79AA4493326F8BDF1A655 | 04/03/2021 02:46:54 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 19 | Info Hash: 28F641DD86A31D9DE4BFD2443457D581BBB660A1<br>File Hash: 5A27FE917CEC0B20F5E51A87F23515ED22F45719715C331F7E5ADEE1E0E2E837 | 04/03/2021 02:45:34 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 20 | Info Hash: B63010990EB37E86B9F26FBD4B7BA9FB6B2C89DF<br>File Hash: 834EBFD05DF0DF4AB0CA0F7CCE0052FF451176C4B542FD741399F1F7A692CEBD | 04/01/2021 04:28:22 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 21 | Info Hash: 0167BB6D3CF175D23BA136458BD75ECFE3E34967<br>File Hash: 020002DD7D0C1819267318728B466B0A30DB9677BFC6978076EFA2FC64D0C62E | 03/30/2021 03:50:00 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 22 | Info Hash: 65CF8DA2D031F334F39B20014B15DA107B9EAA15<br>File Hash: F870EB4E725B05CC24A70DC56D22F5F0F7ECBD74F1ABDE792AF827E395C2107B | 03/30/2021 02:46:50 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 23 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 03/26/2021 02:40:50 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 24 | Info Hash: A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8<br>File Hash: A6E22FFFDA314DD4D82A2C3D071E126F2A09FF0214E72E7C9C7A87404A45A9A5 | 03/23/2021 02:48:02 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 25 | Info Hash: CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D<br>File Hash: B8BAD4F22E19F55BFE7855CD52BBBD523C8B7E100DBC961031BA408CF253D9EA | 03/23/2021 02:41:32 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 26 | Info Hash: 352D8D6F68451DBAD94635B8E4343E8D1632C261<br>File Hash: 4D84E6B086411F862B19D79FBD7C5E7A8D3A10E500CE4C3B47C8191687B4EE7E | 03/14/2021 06:42:51 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77<br>File Hash: A0AAFA709D58361236376E333AA20DAFED8EE64CD3F5151853A6448C2549C8CA | 03/09/2021 04:31:34 | Blacked | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 28 | Info Hash: 9606A2BEBD2ED49AF47787169BF9B73A4A1C9CDC<br>File Hash: 351673D7BB0532484059A5C5E6C65500889E456A63424B325E0A00A47AAA81C3 | 03/06/2021 05:24:18 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 29 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 03/06/2021 05:24:15 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 30 | Info Hash: E429ECEA3CC731EE2C160A6E4D77991FECDF8897<br>File Hash: 943CE63AF177C286436B0F920E4BF8839892501E7E9A9946C2E284728D74543F | 02/16/2021 04:15:07 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 31 | Info Hash: 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9<br>File Hash: 8383058EF00B060292F786E70B34EBBEF42CD22837D4C91BE8798014ED5D1E66 | 02/16/2021 03:56:37 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 32 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash: E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 02/14/2021 04:02:06 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 33 | Info Hash: 32746C698A142D414674E13A5EC1C7491E5C2055<br>File Hash: 90E15DD35B5944DD09316D7902DFDE61158AED5D271580E51F21A69D8BC6F99E | 02/13/2021 05:06:04 | Blacked | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 34 | Info Hash: 3C6D5785FDC3A9947EA11D9923048076FDE43B96<br>File Hash: CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 02/07/2021 04:38:26 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 35 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 02/07/2021 04:19:12 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash: 56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 02/06/2021 06:27:25 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 37 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 01/18/2021 02:28:09 | Vixen | 10/16/2020 | 11/18/2020 | PA0002272621 |
| 38 | Info Hash: 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806<br>File Hash: 9BB4B80B2874773C608A5E46747FAC0F93629D1C9636ED6CF313EA61221E810D | 01/18/2021 02:27:37 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 39 | Info Hash: 4670519255EEFD11D8740328CB025AE98351F54C<br>File Hash: ACB64E9A54C53200B7704E7863A97F4032DCFC198172F2340F33DC4FFE18E2B4 | 01/15/2021 05:06:55 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 40 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash: B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 01/14/2021 04:20:58 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 41 | Info Hash: B9E63DBF38E9763A05AD2EB8371F88C6A3338FE9<br>File Hash: A94B37C6B1896286535B24D36323823CE17E1C4B23390F36310A323B98A35624 | 01/09/2021 03:49:27 | Tushy | 07/20/2019 | 08/26/2019 | PA0002213244 |
| 42 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 12/28/2020 03:31:06 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 43 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 12/21/2020 04:40:18 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 44 | Info Hash: 1107E7EB779285617620C4C2EA293192E40667D7<br>File Hash: 77D6D5D7075B0BD4556B3159DBAA3FD39C547A0B8BDA34F1F3E9CD0A022A4DD7 | 12/19/2020 07:04:24 | Vixen | 06/08/2018 | 07/14/2018 | PA0002128445 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 41B3EC2D6CD45BBF85051632D43E36BAA7523668<br>File Hash: 4D07D751E827A8C46DE62E42081B735949517A90A8475AAF97AB3299529BF463 | 12/04/2020 05:20:29 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 46 | Info Hash: 8DCE71F796BAA1F4F5086C49E32C33FA2F79B2AF<br>File Hash: BFAECA1D5FB885719168589C8671A8075F716D081CD61C12C80945EAA6354612 | 12/04/2020 05:16:21 | Vixen | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 47 | Info Hash: CB89CE5E87D35FBDB4850C2D61FC60A26CBC0CD6<br>File Hash: 3DA90096BBAC8B52C7CA996B548B56334706A89E908058C880D09D5ABD4AD571 | 11/26/2020 05:26:27 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 48 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 11/19/2020 05:01:23 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 49 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 11/18/2020 03:48:50 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 50 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 11/18/2020 03:48:05 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 51 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 11/18/2020 03:46:05 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 52 | Info Hash: F84DCE97DEB71401BE49198E7C5E446530B70B41<br>File Hash: 848BF44DF42E6DA689001798B82FD17D51F221553930DA06ED1BADBC66BDA6F1 | 11/18/2020 03:45:49 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 53 | Info Hash: 4175E1C897E88745609E6DE4FCA6AF6EFC0542F4<br>File Hash: 7D0FCEF817970BFFDC6B8431ED2135D065F87B4338E3B98A3856BB602AE08E19 | 11/18/2020 03:44:05 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4<br>File Hash: DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 11/18/2020 03:40:36 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 55 | Info Hash: EDFC62C9AAB72DDFCD865F492AFC530D912B089E<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 11/18/2020 03:40:00 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 56 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 11/17/2020 04:58:14 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 57 | Info Hash: DA2B01E9B71CDF13CF8442E993A3A22EC96B6326<br>File Hash: 729F402DA3A322A41FDAFC129556F5345D580D042C22F5047B669F5F17AF4448 | 11/17/2020 04:56:17 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 58 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 11/14/2020 06:15:36 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 59 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 11/14/2020 05:49:28 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 60 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 11/14/2020 05:47:24 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 61 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 11/07/2020 04:42:19 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 62 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 10/11/2020 07:47:34 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 384513B839136C3BF2B824B443B2CDA6D0CE2780<br>File Hash: CD1BEE5B2A406E8B48A1CD1C91F5F7CD02677B2631C402067777AD4D16778239 | 09/21/2020 04:19:39 | Tushy | 11/07/2019 | 12/03/2019 | PA0002232040 |
| 64 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 09/03/2020 03:58:56 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 65 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 09/03/2020 03:48:36 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 66 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 08/10/2020 03:49:36 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 67 | Info Hash: 9536019879F17F3B90AD722E8B0FAEC984EEEF5A<br>File Hash: 1B470AFFB7BF459EE95FEC985D8EF40364FA790362F7C259BA48CC55F111B858 | 07/23/2020 03:56:11 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 68 | Info Hash: CDE1EBE30D12BB48185E01B5DDD7BA9549DF4BCB<br>File Hash: FC6ED1B9110EF308157299D0842B9998C372FBD630644B804398B5E2ACAD851C | 07/01/2020 04:01:12 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 69 | Info Hash: 1096CDDF4898046E37BF746EF1CBCCE9F23F5411<br>File Hash: 8D74730D06FFCFDB60020D94779CF2CDB1D358B8EAE2783D18ED47E5E143334F | 06/12/2020 03:25:29 | Tushy | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 70 | Info Hash: FFE5224A5E3925847375F8E327267AC2B3148E49<br>File Hash: 5DDEDA2C21234E18A2388E4956D2DFAC0A8A6DA58AEE52EEDECD4A8DBE69AA33 | 06/01/2020 04:56:42 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 71 | Info Hash: C366374CBE8AD6F991FE8B2487DC45C9AB0E1E6B<br>File Hash: 04762106C5244D99ED2C8C9116E6850EF0F59ABCF4A21B57B0D42E55483203CA | 05/29/2020 05:18:09 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 05/29/2020 04:46:53 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 73 | Info Hash: 3C109B5928289FD0855824AB59FDCD825AE3DE52<br>File Hash: 298F389FC5A0D0A4362F8153771BC4364DF79973187D3C4C998DFBFE5EECDFE8 | 05/22/2020 04:33:33 | Vixen | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 74 | Info Hash: 63E8C3E37CCD9B8D64EFF3749A46CF55D174AF77<br>File Hash: 9B3E1A96CD2FAACEE8822AB11046E0A85F64BCD5DAB63B0FB6BD1E3EF8810C6F | 05/13/2020 04:59:51 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 75 | Info Hash: 24D8A4B04637387530796E5D65A63987ABE9317A<br>File Hash: 50C4AAE1D7E1AB43FF4EE5F19A68FC95915375302B545374BF33F51143BD131F | 05/03/2020 06:25:55 | Vixen | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 76 | Info Hash: 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0<br>File Hash: 9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | 04/06/2020 04:38:43 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 77 | Info Hash: 7EBA28B7E828FA58E764B9ACFC4A9CD33CDCFD2A<br>File Hash: E9227E09DCAC48A10D2C333D5AFF0FE82E70CE2BAA680547C3B528FFC5BC7375 | 04/06/2020 04:38:42 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 78 | Info Hash: 082C43A6A41C30507682EB32F25A418C5223436D<br>File Hash: 525BCD317D68758E91135EEF8FC7EBE05FFE3DD5CAD10F65C4F69FBAB7D02A9C | 04/06/2020 04:38:09 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 79 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 04/06/2020 04:37:31 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 80 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 04/06/2020 04:34:51 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: B075A02008E0553857D08AA176BE825DF2F1B82E<br>File Hash: 365347F72F87638EED243C682A2463F4B7A4CDD811B27F69794EFCA0F6FF7DE9 | 03/13/2020 03:37:25 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 82 | Info Hash: 2A6509FEA47222250510958EA5C4731EB3FEDDE3<br>File Hash: 1EEA72785080DE817D73BA67C7C110411B652E16CBBBC4EDD36AAEF5C4EC1D7B | 03/03/2020 05:19:55 | Blacked | 09/22/2017 | 10/10/2017 | PA0002057455 |
| 83 | Info Hash: C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C<br>File Hash: 66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 03/02/2020 03:52:38 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 84 | Info Hash: 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8<br>File Hash: C066017535B7C091F2C4A43060E4FCAC273287C23CB26C3F48178E5B761E13DE | 03/01/2020 06:03:48 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 85 | Info Hash: 6224B03F4F05E4E513435061AB1BBAB52CE93B5B<br>File Hash: 86A0D3AF33018880E63E10DCB1E95079B9951A8B2B0350554F6F1D45FAF35B73 | 02/26/2020 04:07:40 | Vixen | 06/03/2019 | 07/17/2019 | PA0002188305 |
| 86 | Info Hash: CF8B33D285DB924C4421530FEA4BD16281F65302<br>File Hash: EF817A56C9A169E9841C0FA90DD4C644D0985CCAFAC82903EAA6353E06FE85D6 | 02/22/2020 05:04:06 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |
| 87 | Info Hash: 557B0DE14F6A7A062A05FC99F16612D803949D3D<br>File Hash: 9EF62CAA1C0D9C52B514A1F0AA148B3661ACC17A9086063745262761793AEDBC | 02/17/2020 03:39:33 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 88 | Info Hash: 3748105F4AFE9AA5B660CA0D1E407FBA1F59990B<br>File Hash: FF111E44EB7F95B770FCFC7F80DD133AAB942BDC0506CF0E8F4F540E867CA0E8 | 02/15/2020 09:01:03 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 89 | Info Hash: 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED<br>File Hash: D810473404BD0D53C2994259CECC8FBA471C80C42D1C57EA7E52F98810BBE5A2 | 02/15/2020 09:00:59 | Blacked | 12/01/2017 | 01/04/2018 | PA0002097436 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: 739EB8A76A0350F7CA58F6464551E732BCED35C1<br>File Hash: 9C6B9B36908FCF9D85FC6E69FB679F920DF5FBC01DEB1C565E84E0A9D1406806 | 02/11/2020 04:17:53 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 91 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash: 64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 02/04/2020 03:26:14 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 92 | Info Hash: E84318F2F7FB9B4CDF76506BA67BC638FF1ECDCF<br>File Hash: 45A7F9EA7AC61A98A01FD9E9FFC5D770FAAD93AE5242172539E1F9585799486C | 02/03/2020 03:10:13 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 93 | Info Hash: 2CB43429526775645D5837FE2C63CFFB1B0D2802<br>File Hash: EB2B5C92F269F5EA20F2A1DBD939200B14E14F55045A50A115DD1760BBCFDE20 | 02/03/2020 02:46:35 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 94 | Info Hash: CCD9AF74ABFA16F1A5545AC82686F6F30B6F8183<br>File Hash: 17A9B318D7D3E8C951917E3AC5341DD69123602006E701D5D325E7BC65C88AB4 | 02/03/2020 02:16:10 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 95 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 02/03/2020 02:11:08 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 96 | Info Hash: 75AAFCC83F053540C564E26015234507AD59D40E<br>File Hash: 31D0D3686F31F8D213A5D9C8B5727BCE8463A4B28685D2EB05DD71F82B5B2DF4 | 02/01/2020 08:57:17 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 97 | Info Hash: 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485<br>File Hash: F15D07A2F38ADA29E834F5A4CD79D31CA38F1D473095750A16C23474FC797DA7 | 01/29/2020 04:27:26 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 98 | Info Hash: 8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash: 3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 01/29/2020 04:26:45 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: 8030A2C2D9E0F5481E3C80D541551981755B92D6<br>File Hash: B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 01/29/2020 04:12:36 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 100 | Info Hash: 6460534667C9B87F796BC4851C96677D2FC64AF9<br>File Hash: 5537C227C4C3EECB6B42F9BE8B477F18A09FCA52B3CC433312CEC96CBAD4ADE7 | 01/29/2020 04:07:59 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 101 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 01/29/2020 04:01:43 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 102 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 01/29/2020 04:00:13 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 103 | Info Hash: 89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78<br>File Hash: 8B9344D2CF0B407F44FBCED3BE40E1321D9950A5D2CE477EF7246A98FABBF8F8 | 01/29/2020 03:57:24 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 104 | Info Hash: F0B209DFB13F6D5779C5D18C099E826BA8E6A219<br>File Hash: 921EDF25C5C68F8AD39BF87557D287B77193558D402DE0322FD94D4F3D5371E0 | 01/20/2020 01:30:16 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 105 | Info Hash: CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E<br>File Hash: 1181540CAB4FF34D854A6BA2F0E26630D94A1F5AF1833D10805EC32865994DE8 | 01/19/2020 06:59:08 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 106 | Info Hash: 09E4DD5DED8676D79433C09E76F73797D7C23802<br>File Hash: 27913E8D3B680A47B51E91359D932EFC4985BE2BA58F603609F69E1041FC55AE | 01/19/2020 06:58:10 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 107 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash: 6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 01/18/2020 18:53:54 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 4229A61048541C2C4B6F56D025B1AAEF82CC87B3<br>File Hash: 1FE6EC555358F248B5CD014644247CE17A49AFB6200A399FD24043B5990E19F0 | 12/27/2019 04:59:51 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 109 | Info Hash: 9CED871B3751A3B538A20DB265EBDFF8329EDC22<br>File Hash: AAC8C4DFCD4077BE87A12502F7541B94C7A9D0028BEA14D483ADE7D0E3C7A272 | 12/27/2019 04:52:12 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 110 | Info Hash: E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF<br>File Hash: C39179CF7BCDC0DE34348557BD438568B7595E3363A8200B4CA22D66151D7633 | 12/27/2019 04:49:38 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 111 | Info Hash: BBCB17D52E2EF3886EA8720EB8D1D01CCCC96F71<br>File Hash: 03D56B52EA117995F2062C15D42CD621577D286A93ED82867BF6715521AB9870 | 12/26/2019 04:44:03 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 112 | Info Hash: 06A0AA871C38B22364679C407392C4C580DAB699<br>File Hash: BBABE80AF46824ECA3F01EE91139B5E4238FFEF00A0775AA9BC1734986235CAA | 12/15/2019 06:14:05 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 113 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 12/13/2019 06:37:23 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 114 | Info Hash: D9A9D5AE776DD9937796A8AE0509496FAF90C5B2<br>File Hash: 624203A81151B7BCA9A9E927702FE4935009D8514AA367BEC94CECCDEE4B3A6F | 11/28/2019 08:01:17 | Tushy | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 115 | Info Hash: 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5<br>File Hash: 57A014FBA5622734EA82329D6DDFC1406AE942765033D5A4682F1A3DA92CEED8 | 11/26/2019 07:40:15 | Blacked | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 116 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 09/10/2019 02:05:23 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 117 | Info Hash: 49E920F163B2C9EF2C175D4BDFA8E00D957F0478<br>File Hash: EC0A7B41FAC1631FA099BE682C6FD8A4C367B0A6C18AE62A24E272827DF7BA5D | 09/10/2019 02:04:54 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 118 | Info Hash: E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE<br>File Hash: BF5B4937BFE86650341BC18FB7411B7174317E8090BFC5429F21835C39DAEB57 | 08/26/2019 04:11:43 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 119 | Info Hash: 6139AEF3696F83F031C0ED30F17BE4D3EA235E43<br>File Hash: 2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 08/20/2019 03:30:33 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 120 | Info Hash: E1C7277B3B893153064CC9E439E48147D940C64F<br>File Hash: 850AC65387644C9E92B21C6C36EDEA25EFAD700F3DB2E86434AA41123B536A35 | 08/19/2019 05:01:56 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 121 | Info Hash: EAB3533FB381C799B59AAA64A20DF16CE3C18A18<br>File Hash: 8EACC9C021727EBBEF8D7686F98200CCE8C26D84CE88A7D7D44DD10C0794D8E8 | 08/19/2019 04:17:34 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 122 | Info Hash: B67C82932EBDBD98F7BAE04E0D159CD3BB4241C1<br>File Hash: 37960984BE2C789293DB422AC4FEFC69EB7CCAC1357CF00794A88F7B208E6BD2 | 07/18/2019 03:57:41 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 123 | Info Hash: 36B7266729748819E444F7942B37F3EDD4208849<br>File Hash: D70325AC5CAC1EF7C69CF1A027FD1BF1BA1024486C96381A75A673B3F89C1F71 | 07/18/2019 03:53:48 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 124 | Info Hash: E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53<br>File Hash: 9B2C3C3132B53DDE3205357BEBA39BA6FDF0D86567A41AED57AA55EA36A3BF83 | 07/18/2019 02:52:47 | Tushy | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 125 | Info Hash: 18B454A9C4B392D3B36B10F5307E46926A367695<br>File Hash: EB6023B1657E210E86575F931569CCF8B2FBE7EA18E20EA36311A311C0FE0414 | 07/15/2019 02:03:51 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 126 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 07/15/2019 01:53:00 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 127 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash: 08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 07/15/2019 01:46:57 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 128 | Info Hash: 72A1E3BF06A14C51D5B94015C5BB3C509B381699<br>File Hash: 3592A9D20AC5312D6034B66F17F68545754793226D2FE6F46E570F43593032E2 | 07/14/2019 06:42:10 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 129 | Info Hash: C67CEBFB35714146396FF2583118CA8B68E56015<br>File Hash: 2B9B1E7F75B41C45027EDEB3C7268744639EBD4C999FB02C03B05564DBCCF186 | 07/10/2019 04:10:23 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 130 | Info Hash: 83B2F9CA22105C972F55D81AEFE628606713A3F4<br>File Hash: 6089911F709755C54BB0473011AE1E3E8A15BC4B7B4BCEE571EDDE5B2F1862B5 | 07/05/2019 01:27:39 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 131 | Info Hash: AC7FA021B38E24D1B89250B1B963879739C88A06<br>File Hash: A0E2F22B61C2FE0C8FBF8EFF45988C31E2A5B695A6BDD4C07B061711F5009550 | 07/04/2019 20:44:21 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 132 | Info Hash: 6049B9E133633A9FF7E90B0828766D3BC834C810<br>File Hash: 984A6C099EAB4A3EBA828A8669A40409149E6D3030506751DA1BC9D4C28321CA | 07/01/2019 03:54:25 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 133 | Info Hash: 07EC80C56B473DD0771AB7D4A3E905994A87A408<br>File Hash: E81BFDFF307EBBEFA816D0064F468B2CDB648B0BC1521785B70B40C95251850C | 07/01/2019 03:26:45 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 134 | Info Hash: 3F234693C7427250358D58C3A9CBB4A5DE6E058A<br>File Hash: E86E74055FE584DC77A55C771B9390528CC634E0BE85F5CB58F6601C0EA8ED77 | 07/01/2019 03:09:22 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 135 | Info Hash: 7ABEF2110AAB24D772A31B91D994EE0E2052E873<br>File Hash: 1D338DDE4A87B553FAE3E3411EA19462D8C525C20A3FB90183784EB6D98436A5 | 05/12/2019 20:24:18 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 136 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash: 55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 05/07/2019 03:33:06 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 137 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 05/07/2019 03:33:03 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 138 | Info Hash: F574E0E6C407F696204F51E6C0E3E994311B7DFC<br>File Hash: 2656C2A23167296D1FDCE8E69E2530D43E9B651055C28C26CB0C957DEC2C69FD | 05/02/2019 05:41:19 | Vixen | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 139 | Info Hash: 061839DA517C8121C784459FF2EA40CF0AD2A220<br>File Hash: 61CB5398707C5F147735BABB62D2AC9CAED619A0BB55F16E87EB153982515385 | 05/02/2019 05:02:33 | Tushy | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 140 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 04/30/2019 01:24:56 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 141 | Info Hash: 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5<br>File Hash: BDA4C088BED8C71E60817F42F99A1FDE8F7F9E5D6112F08E2A704F70C8DECC2C | 04/30/2019 01:22:49 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 142 | Info Hash: 284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash: C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 04/29/2019 20:45:42 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 143 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash: E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 03/26/2019 03:20:33 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 03/26/2019 03:01:03 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 145 | Info Hash: 24CF82C187246B1723490FB9EFC5E01D7758605F<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 03/04/2019 23:25:55 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 146 | Info Hash: 6D8C30776177872A7210033520CE5D8394BA9749<br>File Hash: 575B407C3DD6DDD0FFD2512583CDEA316A038C22C07E292C0B7D2791B4D59EDB | 02/05/2019 03:44:54 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 147 | Info Hash: 9E23D180CE13A745D888960C51567F094143E3F7<br>File Hash: 7908BC62EBEABFD47D3B669D2DDFA2B71CDDDF5AA25B3B2638637B6A68FDF8B4 | 01/25/2019 06:55:13 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 148 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 12/30/2018 01:07:50 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 149 | Info Hash: 25075BEE3E430D7FF4B45A78867471F6EA59D266<br>File Hash: DD82B233C229EE0F08AB79831703A1B9D9488DB8BE6799F18E3BDFD37CA18106 | 12/30/2018 01:07:03 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 150 | Info Hash: 400E090F4802B871662C556A82ABFC945392215F<br>File Hash: 06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 12/12/2018 04:44:35 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |